# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DARAIUS DUBASH, and ) | |
| ) | |
| DR. FARAZ HARSINI ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | CIVIL ACTION NO. 4:23-cv-03556 |
| v. ) | |
| ) | |
| CITY OF HOUSTON, TEXAS; ) | |
| ) | |
| HOUSTON DOWNTOWN PARK ) | |
| CORPORATION; ) | |
| ) | |
| OFFICER ROBERT DOUGLAS ) | |
| (# 7943), in his individual capacity; ) | |
| ) | |
| OFFICER VERN WHITWORTH ) | |
| (# 7595), in his individual capacity; ) | |
| ) | |
| DISCOVERY GREEN CONSERVANCY ) | |
| f/k/a HOUSTON DOWNTOWN PARK ) | |
| CONSERVANCY; ) | |
| ) | |
| and ) | |
| ) | |
| BARRY MANDEL, in his individual ) | |
| capacity. ) | |
| ) | |
| *Defendants* ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in Civil Action No. 4:23-cv-03556, Daraius Dubash

and Dr. Faraz Harsini, appeal to the United States Court of Appeals for the Fifth Circuit from the

September 30, 2024 order and final judgment of the United States District Court for the Southern District of Texas adopting the Memorandum and Recommendation of the United States Magistrate Judge (ECF No. 78), granting Defendants' motions to dismiss, and denying Plaintiffs' motion for a preliminary injunction. ECF No. 86.

Dated: October 25, 2024

Respectfully submitted,

/s/ John Greil
John Greil (TX 24110856)
Steven T. Collis (TX 24122632)
Law and Religion Clinic
University of Texas School of Law
727 E. Dean Keaton St.
Austin, TX 78705
(512) 475-9090
john.greil@law.utexas.edu
steven.collis@law.utexas.edu

/s/ JT Morris
JT Morris (TX 24094444)
Gabe Walters (admitted pro hac vice)
Zachary Silver (admitted pro hac vice)
Foundation for Individual Rights and Expression
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, D.C. 20003
jt.morris@thefire.org
gabe.walters@thefire.org
zach.silver@thefire.org

Daniel Ortner (admitted pro hac vice)
Foundation for Individual Rights and Expression
(215) 717-3473
510 Walnut St.

Suite 1250
Philadelphia, PA 19106
daniel.ortner@thefire.org

**Attorneys for Plaintiffs
Daraius Dubash and
Dr. Faraz Harsini**

<u>**CERTIFICATE OF SERVICE**</u>

      A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this 25th day of October, 2024 using the CM/ECF system which will send notification of such filing to the following counsel of record:

Andrew S. Holland
Email: andrew.holland@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
909 Fannin St., Ste. 3300
Houston, TX 77010
*Attorney for Defendants Discovery Green Conservancy, Barry Mandel, Officer Robert Douglas (#7943), Officer Vern Whitworth (#7595), and City of Houston, Texas*

Michael Hamilton Wallis
Email: mwallis@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry, Ste 700
San Antonio, TX 78212
*Attorney for Houston Downtown Park Corporation*

Laura Flores Macom
Email: lmacom@langleybanack.com
LANGLEY & BANACK, INC.
745 East Mulberry, Ste 700
San Antonio, TX 78212
*Attorney for Houston Downtown Park Corporation*

      /s/ John Greil
      John Greil