No. 24-20485

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DARAIUS DUBASH AND DR. FARAZ HARSINI,

*Plaintiffs-Appellants,*

v.

CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7943), IN HIS INDIVIDUAL CAPACITY; OFFICER VERN WHITWORTH (# 7595), IN HIS INDIVIDUAL CAPACITY; DISCOVERY GREEN CONSERVANCY F/K/A HOUSTON DOWNTOWN PARK CONSERVANCY; AND BARRY MANDEL, IN HIS INDIVIDUAL CAPACITY.

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of Texas (Hanen, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF ON THE MERITS**

JT Morris
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION (FIRE)
700 Pennsylvania Ave, S.E.
Suite 340
Washington, DC 20003
215-717-3473
jt.morris@thefire.org

Sara Berinhout
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION (FIRE)
510 Walnut St.
Suite 900
Philadelphia, PA 19106
sara.berinhout@thefire.org

John Greil
Steven T. Collis
Law & Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Telephone: +1.512.471.5151
E-mail: john.greil@law.utexas.edu
E-mail: steve.collis@law.utexas.edu

**ATTORNEYS FOR
PLAINTIFFS-APPELLANTS**

Plaintiff-Appellants Daraius Dubash and Dr. Faraz Harsini, through counsel John Greil of the University of Texas Law and Religion Clinic, respectfully request a 30-day extension until February 21, 2025, to file their brief in this case.

This is Appellants' appeal from the district court's granting of defendants' motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

On December 13, 2024, this Court issued a notice that Appellants' brief on the merits would be due January 22, 2025.

Appellants are represented, in part, by the Law and Religion Clinic ("the Clinic") at the University of Texas at Austin School of Law ("Texas Law"). In that clinic, current law students (under the supervision of the undersigned licensed and admitted attorney) research, draft, and represent clients, such as Appellants.

The academic calendar for Texas Law set the final class day for the fall semester on December 9, 2024, and the first day for the spring semester for January 13, 2025.

In light of that academic calendar, Appellants respectfully request a 30-day extension, so that their merits brief would be due on February 21, 2025. This extension would ensure that the Clinic's students would be meaningfully involved and receive adequate supervision.

Appellees will not be prejudiced by an extension, as there is currently no adverse court order against them in the district court.

Undersigned Counsel has conferred with Counsel-of-Record for Appellees, who do not oppose a 30-day extension.

1

December 18, 2024

JT Morris
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION (FIRE)
700 Pennsylvania Ave, S.E.
Suite 340
Washington, DC 20003
215-717-3473
jt.morris@thefire.org

Sara Berinhout
FOUNDATION FOR INDIVIDUAL
RIGHTS & EXPRESSION (FIRE)
510 Walnut St.
Suite 900
Philadelphia, PA 19106
404-408-5568
sara.berinhout@thefire.org

*Counsel for Plaintiff-Appellants*

Respectfully submitted,

*/s/ John Greil*
John Greil
Steven T. Collis
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keeton St.
Austin, Texas 78705
(512)-471-5151
john.greil@law.utexas.edu
Steve.collis@law.utexas.edu

*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF CONFERENCE

I certify that on December 16, 2024, counsel John Greil for Plaintiff-Appellants contacted counsel Andrew S. Holland and Laura Flores Macom for Defendants-Appellees regarding this motion. Counsel indicated they are unopposed to this motion.

*/s/ John Greil*
John Greil
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2024, the foregoing motion was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, and that all parties required to be served have been served. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ John Greil*
John Greil
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 249 words, excluding parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Garamond) using Microsoft Word (the program used for the word count).

Dated:  December 18, 2024

*/s/ John Greil*
John Greil
*Counsel for Plaintiff-Appellants*