No. 24-20485

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DARAIUS DUBASH AND DR. FARAZ HARSINI,

PLAINTIFFS-APPELLANTS,

v.

CITY OF HOUSTON, TEXAS; HOUSTON DOWNTOWN PARK CORPORATION; OFFICER ROBERT DOUGLAS (# 7942), IN HIS INDIVIDUAL CAPACITY; OFFICER VERN WHITWORTH (# 7595) IN HIS INDIVIDUAL CAPACITY; DISCOVERY GREEN CONSERVANCY f/k/a HOUSTON DOWNTOWN PARK CONSERVANCY; AND BARRY MANDEL, IN HIS INDIVIDUAL CAPACITY

DEFENDANTS–APPELLEES.

On Appeal from the United States District Court
for the Southern District of Texas Houston Division
Case No. 4:23-cv-03556

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF AMERICAN CIVIL LIBERTIES UNION OF TEXAS IN SUPPORT OF PLAINTIFF–APPELLANTS

Thomas Buser-Clancy
Savannah Kumar
Sarah F. Corning
ACLU FOUNDATION OF TEXAS, INC.
P.O. BOX 8306
HOUSTON, TX 77288
(713) 942-8146
tbuser-clancy@aclutx.org
skumar@aclutx.org
scorning@aclutx.org

*Counsel for Amicus Curiae*

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(3), *amicus curiae* the American Civil Liberties Union Foundation of Texas ("ACLU of Texas") respectfully move for leave to file an *Amicus Curiae* Brief in Support of Plaintiff-Appellants.

## MOVANTS' INTERESTS

The ACLU Foundation of Texas, Inc. ("ACLU of Texas") is a leading civil rights organization in the Lone Star State. From Amarillo to Brownsville and Beaumont to El Paso, we believe in a Texas that works for all of us — a Texas where each person has an equal say in the decisions that shape our future and everyone can build a good life. The ACLU of Texas works with communities, at the State Capitol, and in the courts to protect and advance civil rights and civil liberties for every Texan, no exceptions. As a statewide civil rights organization headquartered in Houston, the ACLU of Texas has a particular interest in ensuring that governments cannot ignore their duty to respect the First Amendment rights of protesters in public parks, such as Discovery Green in Houston, by delegating the management of these spaces to private parties.

## REASONS FOR AND RELEVANCE OF THIS *AMICUS* BRIEF

This case raises important questions regarding people's First Amendment rights to protest in public parks. The proposed *amicus* brief will aid the Court in determining that: (i) Discovery Green is a public park that has hosted a myriad of

2

protests throughout its existence, (ii) the Conservancy is a state actor when it is operating Discovery Green, and (iii) Officers Douglas and Whitworth are not entitled to qualified immunity. The District Court's holding that the Plaintiffs have no recourse in response to discrimination based on the content of their speech in a traditional public forum threatens the core meaning of the First Amendment.

## CONCLUSION

For the foregoing reasons, *Amicus* respectfully request that the Court grant leave to file an *amicus curiae* brief in support of Plaintiff-Appellant.

Respectfully submitted,

*/s/ Thomas Buser-Clancy*

Thomas Buser-Clancy
Savannah Kumar
Sarah F. Corning
ACLU FOUNDATION OF TEXAS, INC.
P.O. BOX 8306
HOUSTON, TX 77288
(713) 942-8146
tbuser-clancy@aclutx.org
skumar@aclutx.org
scorning@aclutx.org
*Counsel for Amicus Curiae*

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, *Amicus* conferred with counsel for the parties regarding the relief requested in this motion. On February 27, 2025, counsel for Plaintiff-Appellants consented to the filing of this brief and on February 25, 2025, counsel for Defendants-Appellees stated that they are not opposed.

*/s/ Thomas Buser-Clancy*
Thomas Buser-Clancy

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which served counsel for the parties.

*/s/ Thomas Buser-Clancy*
Thomas Buser-Clancy