

# LANGLEY & BANACK
INCORPORATED

Attorneys and Counselors at Law

March 17, 2025

Lyle W. Cayce
United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

   RE: Cause No. 24-20485
     Daraius Dubash and Faraz Harsini v. City of Houston, et al., on appeal from the United States District Court for the Southern District of Texas, Houston Division No. 4:23-cv-3556, Hon. Andrew S. Hanen.

Dear Mr. Cayce:

  Due to my current docket and preparations for trial in another matter, I would like to request a short extension of time to file Appellee, Houston Downtown Park Corporation's Brief. Specifically, my brief is currently due on March 24, 2025 and I would like to extend time to file until April 16, 2025.

  I am committed to several expert depositions, the presentation of two corporate representative depositions, as well as other party or fact witness depositions, in addition to general trial preparation for a May 19, 2025 trial. This short extension will allow me to have adequate time to prepare the brief on behalf of my client in this matter.

  I appreciate your consideration and the Appellants' gracious professionalism relative to this request.

                Best Regards,

                *Laura Flores Macom*

                Laura Flores Macom

TRINITY PLAZA II • 745 EAST MULBERRY, STE 700
SAN ANTONIO, TX 78212 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

MERITAS LAW FIRMS WORLDWIDE