

March 17, 2025

**Andrew S. Holland**
713.353.2074 (direct)
Andrew.holland@wilsonelser.com

<u>**VIA CM/ECF**</u>
Lyle W. Cayce
Clerk, United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re: *Dubash v. City of Houston, et al.*, No. 24-20485
       Unopposed Request for Level 1 Extension until April 16, 2025
       to file Appellees' Brief

Dear Mr. Cayce:

  This firm represents Appellees City of Houston, Texas; Officer Robert Douglas (# 7943), in his individual capacity; Officer Vern Whitworth (# 7595), in his individual capacity; Discovery Green Conservancy f/k/a Houston Downtown Park Conservancy; and Barry Mandel, in his individual capacity. Our Appellees' Brief is currently due on March 24, 2025. I write to respectfully to request a first extension of that deadline until April 16, 2025.

  I have been preparing for a complex, week-long arbitration that is scheduled to begin March 24, 2025. This preparation has required a significant devotion of my time, and will require my travel out of state this week. When Appellants' counsel contacted me in December 2024 to request my consent for their extension, I advised that I would likely need one, myself, in light of the fact that the date at which their extension would put our briefing deadline would fall at the time of this arbitration, among other things. With that in mind, Appellants' counsel has agreed to our requested extension. Accordingly, we respectfully request an extension until April 16, 2025, which would fall on the same date requested by co-appellee Houston Downtown Park Corporation.

  Thank you for the Court's consideration of this request.

              Respectfully submitted,

              *s/ Andrew S. Holland*

              Andrew S. Holland

909 Fannin Street, Suite 3300 | Houston, TX 77010 | p 713.353.2000 | f 713.785.7780 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

