Case No. 24-20485

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

Daraius Dubash; Faraz Harsini,
*Plaintiffs – Appellants*

v.

City of Houston; Houston Downtown Park Corporation; Robert Douglas; Vern Whitworth; Discovery Green Conservancy, formerly known as Houston Downtown Park Conservancy; and Barry Mandel
*Defendants – Appellees*
_____

APPELLEES',
CITY OF HOUSTON; HOUSTON DOWNTOWN PARK CORPORATION; ROBERT DOUGLAS; VERN WHITWORTH; DISCOVERY GREEN CONSERVANCY, FORMERLY KNOWN AS HOUSTON DOWNTOWN PARK CONSERVANCY; AND BARRY MANDEL,
JOINT UNOPPOSED URGENT MOTION SEEKING RELIEF
TO EXTEND TIME TO FILE BRIEF
_____

On Appeal from the United States District Court for the Southern District of Texas,
Houston Division, Civil Action 4:23-cv-03556
Honorable Andrew S. Hanen, Presiding
_____

| | |
|---|---|
| Andrew S. Holland | Laura Flores Macom |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | LANGLEY & BANACK, INC. |
| 909 Fannin Street, Suite 3300 | 745 E. Mulberry, Suite 700 |
| Houston, Texas 77010 | San Antonio, Texas 78212 |
| 713.353.2000 | 210.736.6600 |
| andrew.holland@wilsonelser.com | lmacom@langleybanack.com |
| **Counsel for Appellees,** | **Counsel for Appellee,** |
| **City of Houston,** | **Houston Downtown Park Corp.** |

1

**Robert Douglas; Vern Whitworth;
Discovery Green Conservancy,
formerly known as Houston Downtown
Park Conservancy; and Barry Mandel**

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

NOW COME, Appellees, City of Houston; Houston Downtown Park Corporation; Robert Douglas; Vern Whitworth; Discovery Green Conservancy, formerly known as Houston Downtown Park Conservancy; and Barry Mandel, (hereinafter, collectively, "Appellees"), and file this their Joint Unopposed **Urgent** Motion Seeking Relief To Extend Time To File Brief**, requesting relief by April 16, 2025**, pursuant to 5th Cir R. 31.4.1, and in support thereof would respectfully show the Court as follows:

### ACTION REQUESTED BY APRIL 16, 2025

The initial due date for Appellees' brief was March 24, 2025. Appellees timely filed their first unopposed requests for a twenty-three day extension of time to file their respective briefs on March 18, 2025. The request was granted.

**Appellees' briefs are presently due on April 16, 2025.** Thus, this constitutes Appellees' second request for extension of time. However, it operates as a Level 1 Extension in that, in conjunction with the original extension, does not exceed thirty days from the original due date of the briefs. 5th Cir R. 31.4.3.

Because this motion does not meet the criteria for an emergency motion but as it does require action by tomorrow, **April 16, 2025,** it has been filed as an urgent motion, pursuant to the 5th Circuit Rules. 5th Cir R.27.3.2. The undersigned counsel certifies that action is necessary by a date certain, and her office has notified the

3

clerk of court by telephone earlier today of her need and intention to file the motion. 5th Cir R.27.3.2.

## JUSTIFICATION AND GOOD CAUSE

Counsel for Appellee Houston Downtown suffered a medical emergency on April 12, 2025. Because she was stable, she intended to complete the brief but today was informed by her physician that additional appointments and diagnostic procedures would be required throughout the week of April 14, 2025. Therefore, she is unable to complete Appellee Houston Downtown Park Corporation's brief by the deadline of April 16, 2025. As the information was not available to her until today, she was unable to notify the Court and counsel prior to this time. Thus, "the facts that form the basis of [this] motion either did not exist earlier than today, or were not and with due diligence could not have been known earlier." 5th Cir R. 31.4.1 (a).

Therefore, good cause has been shown as is required by Fed. R. App. P. 26(b) and 5th Cir R 31.4.1. Moreover, because their appellate counsel will be unable to file the brief by the current deadline, as is indicated above, Appellee Houston Downtown Park Corporation will suffer extreme hardship and prejudice. 5th Cir R. 31.4.2 (c).

In an effort to make the briefing schedule in this matter consistent, the other Appellees have joined in Houston Downtown Park Corporations' motion.

## APPELLANTS' COUNSEL IS UNOPPOSED

Pursuant to 5th Cir R. 31.4.1 (b), the undersigned counsel contacted all parties. Counsel for Appellees requested to join the motion. Counsel for Appellants is unopposed to this motion. The undersigned counsel thanks them for their professional courtesy.

## REQUESTED RELIEF

Therefore, Appellees collectively move for relief to extend time to file their respective briefs for one week, until **April 23, 2025**, which represents thirty days from the original due date of the briefs.

Respectfully submitted,

**LANGLEY & BANACK, INC.**
Trinity Plaza II
745 East Mulberry, Suite 700
San Antonio, TX  78212
Telephone:  (210) 736-6600
Facsimile:   (210) 735-6889
Email:  LMacom@langleybanack.com

 */s/ Laura Flores Macom*
LAURA FLORES MACOM
SBN:  24002512
**ATTORNEYS FOR APPELLEE, HOUSTON DOWNTOWN PARK CORPORATION**

AND

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
909 Fannin St., Suite 3300

5

        Houston, TX 77010
        713-353-2000 tel
        713-785-7780 fax

        *s/ Andrew S. Holland*
        ANDREW S. HOLLAND
        TX Bar No. 24134330
        Fed. Bar No. 3860674
        Andrew.holland@wilsonelser.com
        **ATTORNEYS FOR APPELLEES, CITY OF HOUSTON, TEXAS, OFFICER ROBERT DOUGLAS, OFFICER VERN WHITWORTH, DISCOVERY GREEN CONSERVANCY, FORMERLY KNOWN AS HOUSTON DOWNTOWN PARK CONSERVANCY; AND BARRY MANDEL**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to CM/ECF, on the 15th day of April, 2025, to counsel of record who are registered to receive notifications in this matter via PACER.

        */s/ Laura Flores Macom*
        Laura Flores Macom