# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-20485     Dubash v. City of Houston
                 USDC No. 4:23-CV-3556

The court has granted an extension of time to and including April 23, 2025 for filing appellee's/respondent's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shani T. Hudson, Deputy Clerk

Mr. West Menefee Bakke
Ms. Sara Berinhout
Ms. Lauren Bonds
Mr. Thomas Paul Buser-Clancy
Mr. Steven Timothy Collis
Ms. Jennifer Sheffield Freel
Mr. John Daniel Greil
Mr. Andrew S. Holland
Mr. Thomas S. Leatherbury
Mrs. Laura Flores Macom
Mr. Joshua C. McDaniel
Mr. JT Morris
Mr. Nathan Ochsner
Mr. Mickey H. Osterreicher
Mr. Nicholas Robert Reaves
Mr. John Reeves
Ms. Needhy Shah
Ms. Anna St. John
Mr. Peter Steffensen
Mr. Reilly Stephens