No. 24-20485

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DARAIUS DUBASH; FARAZ HARSINI,

*Plaintiffs-Appellants,*

v.

CITY OF HOUSTON; HOUSTON DOWNTOWN PARK CORPORATION; ROBERT DOUGLAS; VERN WHITWORTH; DISCOVERY GREEN CONSERVANCY, FORMERLY KNOWN AS HOUSTON DOWNTOWN PARK CONSERVANCY; BARRY MANDEL

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Texas (Hanen, J.)

## UNOPPOSED MOTION OF APPELLANTS
## RESPECTING ORAL ARGUMENT

| | |
|---|---|
| JT Morris | John Greil |
| FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION (FIRE) | Steven T. Collis |
| | Law & Religion Clinic |
| 700 Pennsylvania Ave, S.E. | University of Texas School of Law |
| Suite 340 | 727 East Dean Keeton St. |
| Washington, DC 20003 | Austin, TX 78705 |
| 215-717-3473 | Telephone: +1.512.471.5151 |
| jt.morris@thefire.org | E-mail: john.greil@law.utexas.edu |
| | E-mail: steven.collis@law.utexas.edu |
| Sara Berinhout | |
| FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION (FIRE) | ATTORNEYS FOR PLAINTIFFS |
| 1408 Beacon Street | |
| Brookline, MA 02446 | |
| 404-408-5568 | |
| sara.berinhout@thefire.org | |

Pursuant to Federal Rule of Appellate Procedure 27, Appellants respectfully file this motion respecting oral argument, and in support thereof, show as follows:

Plaintiffs-Appellants are represented, in part, by the Texas Law and Religion Clinic. The Clinic is an elective course at the University of Texas at Austin School of Law in which law students gain hands-on experience by providing *pro bono* legal services, under the supervision of undersigned counsel, on matters involving religious freedom. Oral argument would be a uniquely valuable learning experience for those law students, who have assisted in this case at the trial and appellate levels.

Due to the academic calendar and the possibility that oral argument would occur over the summer while students are not in session, Appellants respectfully request that, if this Court grants oral argument, it calendars the case for the September sitting or later.

Appellants' reply brief is due on May 14, 2025. This Court's Local Rules provide that "the Court seeks to give counsel 60 days advance notice of cases set for oral argument." 5th Cir. L.R. at 32. Accordingly, oral argument could be scheduled as soon as July 14, 2025. This would result in oral argument occurring during the summer period, outside of the academic year.

Calendaring oral argument for September or later would have a minimal effect on the speed or duration of this appeal, but would have a significant impact on the education of the law students involved in this case.

Daraius Dubash and Faraz Harsini support this motion.

Defendants-Appellees City of Houston; Robert Douglas; Vern Whitworth; Discovery Green Conservancy; and Barry Mandel do not oppose this motion.

Defendant-Appellee Houston Downtown Park Corporation believes that "oral argument is unnecessary to aid in the Court's decisional process." ECF 80 at iv. If this Court chooses to grant oral argument, however, Houston Downtown Park Corporation does not oppose the relief requested in this motion.

Undersigned counsel thanks counsel for Appellees for their courtesy.

*   *   *

Accordingly, Appellants respectfully request that, should this Court grant oral argument, it calendar the case for the September sitting or later.

| | |
|---|---|
| May 7, 2025 | Respectfully submitted, |
| | */s/John Greil* |
| Sara Berinhout | John Greil |
| FOUNDATION FOR INDIVIDUAL | Steven T. Collis |
| RIGHTS & EXPRESSION (FIRE) | Law and Religion Clinic |
| 510 Walnut St., Ste. 900 | University of Texas School of Law |
| Philadelphia, PA 19106 | 727 East Dean Keeton St. |
| (215) 717-3473 | Austin, Texas 78705 |
| sara.berinhout@thefire.org | (512) 471-5151 |
| | john.greil@law.utexas.edu |
| | Steven.collis@law.utexas.edu |
| JT Morris | |
| FOUNDATION FOR INDIVIDUAL | |
| RIGHTS & EXPRESSION (FIRE) | *Counsel for Plaintiffs-Appellants* |
| 700 Pennsylvania Ave. SE | |
| Suite 340 | |
| Washington, DC 20003 | |
| (215) 717-3473 | |
| jt.morris@thefire.org | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 30, 2025, counsel for Appellants conferred with counsel from Appellees City of Houston; Robert Douglas; Vern Whitworth; Discovery Green Conservancy; and Barry Mandel and they indicated they are not opposed to this motion. I further certify that on April 30, 2025, counsel for Appellants conferred with counsel from Appellee Houston Downtown Park Corporation, and they indicated they are not opposed to this motion.

                                            */s/ John Greil*
                                            John Greil

## CERTIFICATE OF SERVICE

      I certify that on May 7, 2025, the foregoing Motion of Appellants Respecting Oral Argument was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, which sent a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means. I further certify that I have sent a copy of this document via electronic mail to the attorneys of record.

                                                  */s/ John Greil*
                                                  John Greil

## CERTIFICATE OF COMPLIANCE

      This Motion of Appellants Respecting Oral Argument complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7) because it contains 338 words, excluding parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 32(a)(5), (6), because it has been prepared in a proportionally spaced typeface (14-point Garamond) using Microsoft Word (the program used for the word count).

      Dated: May 7, 2025

                                                  */s/ John Greil*
                                                  John Greil