# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

May 23, 2025

Ms. Sara Berinhout
Foundation for Individual Rights and Expression
1408 Beacon Street
Brookline, MA 02446

Ms. Lauren Bonds
National Police Accountability Project
1403 Southwest Boulevard
Kansas City, KS 66103

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Jennifer Sheffield Freel
Jackson Walker, L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. Andrew S. Holland
Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.
909 Fannin Street
Suite 3300
Houston, TX 77010

Mrs. Laura Flores Macom
Langley & Banack, Incorporated
745 E. Mulberry Avenue
San Antonio, TX 78212

Mr. Joshua C. McDaniel
Harvard Law School
Religious Freedom Clinic
6 Everett Street
Suite 5110
Cambridge, MA 02138

Mr. Nicholas Robert Reaves
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. John Reeves
Reeves Law, L.L.C.
7733 Forsyth Boulevard
Suite 1100 - 1192
Saint Louis, MO 63105

Ms. Anna St. John
Hamilton Lincoln Law Institute
1629 K Street, N.W.
Suite 300
Washington, DC 20006

Mr. Peter Steffensen
Southern Methodist University
Dedman School of Law
3315 Daniel Avenue
P.O. Box 750116
Dallas, TX 75275

Mr. Reilly Stephens
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

No. 24-20485   Dubash v. City of Houston
               USDC No. 4:23-CV-3556

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs

only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
  Mr. West Menefee Bakke
  Mr. Steven Timothy Collis
  Mr. Thomas S. Leatherbury
  Mr. JT Morris
  Mr. Mickey H. Osterreicher
  Ms. Needhy Shah