# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2025

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

       No. 24-20485    Dubash v. City of Houston
                       USDC No. 4:23-CV-3556

Dear Mr. Greil,

We received the paper copies of your brief.  However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your Appellant's brief must be single-sided.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Kim M. Pollard*

                        By: _____
                        Kim M. Pollard, Deputy Clerk
                        504-310-7635