# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2025

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

    No. 24-20485　　Dubash v. City of Houston
                   USDC No. 4:23-CV-3556

Dear Mr. Greil,

We received the paper copies your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your reply brief must be single-sided.

Sincerely,

LYLE W. CAYCE, Clerk

*Kim M. Pollard*

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635