

August 29, 2025

Via ECF
Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit

Re:　Dubash v. City of Houston, et al., No. 24-20485

Dear Mr. Cayce:

On behalf of Plaintiffs-Appellants Daraius Dubash and Faraz Harsini, I write under Rule 28(j) and Local Rule 28.4 to advise the Court of *Lebron v. National R.R. Passenger Corp.*, 513 U.S. 374 (1995).

The parties have briefed about whether the Conservancy and Mr. Mandel are state actors in this case, but neither Appellant nor Appellees cited *Lebron* on this issue. *Lebron* describes a "long history of corporations created and participated in by the United States for the achievement of governmental objectives" that are state actors for purposes of analyzing violations to constitutional rights. *Id.* at 386. The *Lebron* Court finds Amtrak is a state actor for reasons applicable to this case.

I apologize for any oversight in failing to cite this case in our briefing. We felt it important, however, that the Court be made aware of it now.

Respectfully,

/s/ Sara Berinhout_____
Sara Berinhout
*Counsel of Record*
FOUNDATION FOR INDIVIDUAL
　RIGHTS AND EXPRESSION

Counsel for Plaintiffs-Appellants
Daraius Dubash and Faraz Harsini.

cc:　All Counsel of Record via ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served the foregoing by CM/ECF on all counsel of record.

Dated:   August 29, 2025

/s/ Sara Berinhout              .
Sara Berinhout